THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| ALEXANDRA DEITEMYER | * |
| Plaintiff, | * |
| v. | * Case No.: 1:18-cv-02002-ELH |
| STEVEN RYBACK, ESQ., *et al.*, | * |
| Defendants. | * |

**LINE OF DEFENDANT TRANSWORLD SYSTEMS, INC.
JOINING CO-DEFENDANT'S MOTION TO DISMISS
OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Defendant, Transworld Systems, Inc., by and through undersigned counsel, and pursuant to the Rules and Orders of this Honorable Court, hereby respectfully joins Co-Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [Doc. 4], and incorporates the arguments set forth therein in full.

Respectfully submitted,

JORDAN COYNE LLP

_____
Padraic K. Keane #17179
10509 Judicial Drive
Suite 200
Fairfax, VA 22030
(703) 246-0900
Fax: (703) 591-3673
p.keane@jocs-law.com
*Counsel for Defendant, Transworld Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed and served through the ECF System and was mailed, first class and postage prepaid, this 7th day of September, 2018 upon:

>Ms. Alexandra Deitemyer
>2018 Tuscarora Valley Court
>Frederick, MD 21702
>*Pro Se Plaintiff*

_____
Pádraic K. Keane