IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALEXANDRA DEITEMYER

*Plaintiff*

v.

STEVEN RYBACK, ESQ., *et al.*
      *Defendants*.

Civil Action No. ELH-18-2002

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 6th day of

August, 2019, by the United States District Court for the District of Maryland, ORDERED:

(1) The Attorney Defendants' Motion to Dismiss, or in the Alternative, Motion for

   Summary Judgment (ECF 4), construed as a Motion to Dismiss, is GRANTED in part

   and DENIED in part. Specifically:

   a. The Motion is GRANTED as to plaintiff's claims under 15 U.S.C. § 1692c(b)

      and § 1692i(b);

   b. The Motion is DENIED as to plaintiff's claims under 15 U.S.C. § 1692e and

      § 1692g(a); and

(2) Transworld Systems, Inc.'s Motion to Dismiss, or in the Alternative, Motion for

   Summary Judgment (ECF 6), construed as a Motion to Dismiss, is GRANTED in part

   and DENIED in part. Specifically:

   a. The Motion is GRANTED as to plaintiff's claims under 15 U.S.C. § 1692c(b)

      and § 1692i(b); and

b.  The Motion is DENIED as to plaintiff's claims under 15 U.S.C. § 1692e and

§ 1692g(a).

_____/s/_____
Ellen Lipton Hollander
United States District Judge
