IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALEXANDRA DEITEMYER
*Plaintiff*

v.

STEVEN RYBACK, ESQ. et al.
*Defendants.*

Civil Action No.: ELH-18-2002

**ORDER**

For the reasons stated in the foregoing Memorandum, it is this 13 day of September, 2019, by the United States District Court for the District of Maryland, hereby ORDERED that:

Plaintiff's Motion To Set Aside Interlocutory Order Pursuant To Fed. R. Civ. P. 54(d) And For Other Relief is **DENIED**.

/s/
Ellen Lipton Hollander
United States District Judge