UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| ALEXANDRA DEITEMYER<br><br>Plaintiff<br><br>v.<br><br>STEVEN RYBACK, ET AL.,<br><br>Defendants | Case No. ELH-18-CV-2002 |

### THE PARTIES' JOINT STIPULAITON OF DISMISSAL, WITH PREJUIDCE

Plaintiff Alexandra Deitemyer and Defendants Steven Ryback, Jonathan Bierer, The Bierer Law Group, P.A. and Transworld Systems, Inc., hereby stipulate to the dismissal, With Prejudice, of the above captioned matter, including any and all claims and causes of action asserted therein.

Respectfully submitted

/s/ Daniel Hodges
Daniel R. Hodges, Esquire (Fed. Bar #28252)
Eccleston & Wolf, P.C.
7240 Parkway Drive
Fourth Floor
Hanover, Maryland 21076
Phone: 410-752-7474
Fax: 410-752-0611
Email: hodges@ewmd.com
*Attorneys for the Bierer Defendants*

/s/ Padraic Keane
Padraic K. Keane, Esq. (No. 17179)

J:\8A860\Plead\Stipulation Of Dismissal - With Prejudice.Doc

*approved*
*USDJ*
*2/26/2020*